1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10  JESSIE CATHARINE NEW,

11            Petitioner,

12      v.                                      Case No. C05-5663RBL

13  FDC SEATAC,                                 ORDER ADOPTING REPORT
                                                AND RECOMMENDATION
14            Respondent.

15

16

17      The Court having reviewed the Report and Recommendation of the Hon. Karen L.

18  Strombom United States Magistrate Judge, objections to the Report and Recommendation, if any,

19  and the remaining record, does hereby find and Order:

20      (1)    The Court adopts the Report and Recommendation;

21      (2)    The petition is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in
               the Report and Recommendation.

22

23      (3)    The clerk is directed to send copies of this Order to Petitioner, and to the Hon. Karen
               L. Strombom.

24      DATED this 21st day of February, 2006.

25

26      RONALD B. LEIGHTON
        UNITED STATES DISTRICT JUDGE

27

28  ORDER - 1